# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| E. J. SAAD, P.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 12-00018-KD-N |
| | ) |
| HINKLE METALS & SUPPLY CO. INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 22, 2012, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that the motion to dismiss (docs. 24-25) filed by the United States, a defendant herein, be and is hereby **DENIED.**

**DONE** this 12th day of June, 2012.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**